B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Southern District of Florida, Fort Lauderdale Division

| | | | |
|---|---|---|---|
| In re | David Wallace Gemmell | Case No. | 23-13357-PDR |
| | Debtor(s) | Chapter | 13 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,765.00 |
   | Prior to the filing of this statement I have received | $ 1,765.00 |
   | Balance Due | $ 3,000.00 |

2. $ 313.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor   ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Pursuant to Local Rule 2016-1(B)(2)(a), non-basic services subject to additional fees may include:
   1. Actions to enforce the automatic stay pursuant to ? 362(k);
   2. Actions to continue or impose the automatic stay pursuant to ? 362(c);
   3. Rule 2004 examinations, depositions, interrogatories, or other discovery proceedings;
   4. Adversary proceedings;
   5. Contested motions placed on an adversary track;
   6. Motion to Allow Sale or Refinance ($500)*;
   7. Motions to Reject Executory Contracts ($500)*;
   8. Motions to Reinstate ($500)*;
   9. Motions to Avoid Judicial Liens ($500)*;
   10. Motions to Incur Debt ($500)*;
   11. Motions to Modify the Plan ($500)*;
   12. Motions to Value Personal Property ($500)*;
   13. Motions to Value Real Property ($750)*;
   14. Attendance at proceedings not in the usual Chapter 13 case;
   15. Other Litigation raised as an adversary proceeding in the bankruptcy case;
   16. Audits by the Office of the U.S. Trustee

   * An additional $25.00 in costs shall be charged for these motions.

In re   David Wallace Gemmell                                   Case No.   23-13357-PDR
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| June 23, 2023 | /s/ Dustin Piercy |
| Date | Dustin Piercy |
| | *Signature of Attorney* |
| | Light and Gonzalez PLLC |
| | 8751 W Broward Blvd Suite 206 |
| | Fort Lauderdale, FL 33324 |
| | (754) 900-6545   Fax: |
| | dustin@lightgonzalezlaw.com |
| | *Name of law firm* |