UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                              Case No.: 23-13357-PDR

DAVID WALLACE GEMMELL                               Chapter 13

      Debtor.

_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Dr. Arezou Shahbazi, Dr. Joshua Kats and Dr. Sean Hershberger (collectively, the "Creditors") object to the *Chapter 13 Plan (Individual Adjustment of Debts)* (the "Plan") [ECF No. 2] filed by David Wallace Gemmell, debtor (the "Debtor"), and in support thereof states:

## BACKGROUND

1.      On February 13, 2023, the Creditors filed a complaint against the Debtor in the Superior Court for Los Angeles County, Santa Monica Division, Case No. 23SMCV00652 (the "Compaint").  The Complaint seeks damages against the Debtor for breach of fiduciary duty, breach of contract and fraud.  A copy of the Complaint is attached here to as Exhibit "A".

2.      On April 28, 2023, the Debtor commenced this case by the filing of a voluntary petition for bankruptcy pursuant to Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").   Along with his bankruptcy petition, the Debtor filed *Schedules* and a *Statement of Financial Affairs* (collectively, the "Schedules") [ECF No. 1] and *Chapter 13 Calculation of Your Disposable Income* (Official Form 122C-2) (the "Disposable Income Calculations") [ECF No. 5].

3.      Based on the *Voluntary Petition Attachment Additional Sole Proprietorships* (Form 101) included with the Schedules, the Debtor claims he is the sole proprietor of several entities,

yet he fails to provide any information concerning the value or business affairs of any of these entities (the "Business Interests").  The Creditors disagree that one of the listed Business Interests, DentistryX LLC, is a sole proprietorship.   As described by the Complaint, the Debtor agreed to purchase each of the Creditors' membership interest in DentistryX LLC but failed to consummate any of the purchase transactions.

4.     The Schedules list each of the Creditors in an amount unknown and as "contingent," "unliquidated," and "disputed".  The Schedules also classify the type of nonpriority unsecured claim in favor of each of the Creditors as "other," without any further specification.   Neither the Schedules nor the *Creditor Matrix* list a mailing address for any of the Creditors.

5.     On even date herewith, each of the Creditors timely filed a *Proof of Claim* against the Debtor in the amount of $125,000 (Claim Nos.  10, 11 and 12, respectively).

## OBJECTION TO THE PLAN

6.     The Plan fails to provide for the treatment of the claims asserted by the Creditors.

7.     Because the Debtor has failed to provide any transparency, valuation or analyses with respect to any of the Business Interests, it is unclear whether unsecured creditors would receive a greater distribution if the Debtor's assets were liquidated under Chapter 7.   For instance, as alleged in the Complaint, the Creditors believe there are claims arising out of the Debtor's management and control of DentistryX LLC which, if pursued by a Chapter 7 trustee indirectly or after substantive consolidation, could create greater value to unsecured creditors.

8.     The Disposable Income Calculations include expenses which fall outside of the range of reasonableness, or are unexplained. For instance, the Debtor lists a monthly "Business/Licensing Expense" of $7,000 as a "special circumstance" with no detailed explanation or justification for this recurring expense which, annualized, is $84,000.

9.      Based on the foregoing, the Plan fails to comply with the Bankruptcy Code, was not filed in good faith and does not present a distribution to unsecured creditors which exceeds the amount which would be paid in a liquidation under Chapter 7 of the Bankruptcy Code.  For this reason, the Plan fails to meet the requirements of Sections 1325(a)(1), (3) and (4) of the Bankruptcy Code and confirmation should be denied.

10.     The Creditors reserve the right to supplement or amend this Objection to Confirmation if necessary.

**WHEREFORE**, the Creditors respectfully request the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objection of the Creditors as stated herein, and for such other and further relief as the Court deems just and proper.

Dated:  June 26, 2023

Respectfully submitted,

GRAYROBINSON, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
steven.solomon@gray-robinson.com
Telephone:     (305) 913-0367
Facsimile:      (305) 416-6887
By: /s/ Steven J. Solomon
Steven J. Solomon, Esq.
Florida Bar No. 931969
*Counsel to Dr. Arezou Shahbazi, Dr. Joshua Kats and Dr. Sean Hershberger*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 26, 2023, a true and correct copy of the foregoing was served by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

*/s/ Steven J. Solomon*

## <u>SERVICE LIST</u>

**23-13357-PDR Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dustin Ryan Piercy on behalf of Debtor David Wallace Gemmell
dustin@lightgonzalezlaw.com

Steven J. Solomon, Esq. on behalf of Creditor c/o Steven J. Solomon Dr. Arezou Shahbazi, Dr.
Joshua Kats, and Dr. Sean Hershberger
steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

**23-13357-PDR Notice will not be electronically mailed to:**

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

```
Label Matrix for local noticing        Ally Bank, c/o AIS Portfolio Services, LLC    Ally Servicing LLC as servicer on behalf of
113C-0                                  4515 N Santa Fe Ave. Dept. APS               4515 N Santa Fe Ave. Dept. APS
Case 23-13357-PDR                       Oklahoma City, OK 73118-7901                 Oklahoma City, OK 73118-7901
Southern District of Florida
Fort Lauderdale
Mon Jun 26 15:15:26 EDT 2023

Aidvantage                              Aidvantage                                   Ally Financial, Inc.
Attn: Bankruptcy                        PO Box 3229                                  PO Box 380901
PO Box 9635                             Wilmington, DE 19804-0229                    Minneapolis, MN 55438-0901
Wilkes Barre, PA 18773-9635


American Express National Bank          American Express Travel Related Services     American Express Travel Related Services
c/o Becket and Lee LLP                  Attn: Bankruptcy                             PO Box 981537
PO Box 3001                             PO Box 981537                                El Paso, TX 79998-1537
Malvern  PA 19355-0701                  El Paso, TX 79998-1537


Amex                                    Amex                                         Bank of America
Correspondence/Bankruptcy               PO Box 981537                                Attn: Bankruptcy
PO Box 981540                           El Paso, TX 79998-1537                       4909 Savarese Cir
El Paso, TX 79998-1540                                                               Tampa, FL 33634-2413


Bank of America                         Capital One                                  Capital One
PO Box 982238                           Attn: Bankruptcy                             PO Box 31293
El Paso, TX 79998-2238                  PO Box 30285                                 Salt Lake City, UT 84131-0293
                                        Salt Lake City, UT 84130-0285


Capital One N.A.                        Citibank                                     Citibank
by American InfoSource as agent         Citicorp Cr Srvs/Centralized Bankruptcy      PO Box 6217
PO Box 71083                            PO Box 790040                                Sioux Falls, SD 57117-6217
Charlotte, NC  28272-1083               Saint Louis, MO 63179-0040


David Gane, CEO of Orbit Imaging Corp.  Department of Education                      (p)INTERNAL REVENUE SERVICE
805 W Broadway #600                     PO Box 5609                                  CENTRALIZED INSOLVENCY OPERATIONS
Vancouver, BC V5Z 1K1 Canada            Greenville, TX 75403-5609                    PO BOX 7346
                                                                                     PHILADELPHIA PA 19101-7346


Discover Financial                      Discover Financial                           Discover Student Loans
Attn: Bankruptcy                        PO Box 30939                                 Attn: Bankruptcy
PO Box 3025                             Salt Lake City, UT 84130-0939                PO Box 30948
New Albany, OH 43054-3025                                                            Salt Lake City, UT 84130-0948


Discover Student Loans                  Discover Student Loans                       Envy Pompano Beach
PO Box 30925                            PO Box 30948                                 432 SE 1st St.
Salt Lake City, UT 84130-0925           Salt Lake City, UT 84130-0948               Pompano Beach, FL 33060


HHBG Lawyers                            Mercedes - Benz Financial Services           Mercedes - Benz Financial Services
#305 - 5446 - 152 Street                Attn: Bankruptcy                             PO Box 961
Surrey, BC V3S 5J9                      PO Box 685                                   Roanoke, TX 76262-0961
                                        Roanoke, TX 76262-0685
```

```
Mercedes-Benz of Pompano              Office of the US Trustee              Sabie Finance
350 W. Copans Rd.                     51 S.W. 1st Ave.                      25845 Railroad Ave
Pompano Beach, FL 33064-3266          Suite 1204                           Ste 4
                                      Miami, FL 33130-1614                  Saugus, CA 91350-2544


Sabie Finance                         Sallie Mae, Inc                      Sallie Mae, Inc
Attn: Bankruptcy                      Attn: Bankruptcy                     PO Box 9635
25845 Railroad Ave                    PO Box 9500                          Wilkes Barre, PA 18773-9635
Ste 44                                Wilkes Barre, PA 18773-9500
Saugus, CA 91350-2522


Santander Consumer USA, Inc           Santander Consumer USA, Inc          Stephen B Morris
Attn: Bankruptcy                      PO Box 961211                        2305 Historic Decatur Rd., Suite 100
PO Box 961245                         Fort Worth, TX 76161-0211            San Diego, CA 92106-6071
Fort Worth, TX 76161-0244


Truist Bank                           Truist Bank                          U S Dept of Ed/Gsl/Atl
Attn: Bankruptcy Mail Code VA-RVW-6290 PO Box 849                          PO Box 5609
PO Box 85092                          Wilson, NC 27894-0849                Greenville, TX 75403-5609
Richmond, VA 23285-5092


U.S. Department of Education          US Department of Education           Wells Fargo Educational Financial Servic
ECMC/Attn: Bankruptcy                 PO BOX 16448                         Attn: Bankruptcy
PO Box 16408                          Saint Paul, MN 55116-0448            PO Box 5185
Saint Paul, MN 55116-0408                                                  Sioux Falls, SD 57117-5185


Wells Fargo Educational Financial Servic  David Wallace Gemmell            Dustin Ryan Piercy
PO Box 84712                          425 SE 1st Ave                       8751 W Broward Blvd., Ste. #206
Sioux Falls, SD 57118-4712            APT 808                              Plantation, FL 33324-2630
                                      Pompano Beach, FL 33060-7567


Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007
```

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

```
Department of the Treasury - IRS
1111 Constitution Ave, NW.
Washington, DC 20224
```

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Alexa Raitt    (u)Arezou Shahbazi    (u)Gemmell, David W.

(u)Joshua Kats    (u)Sean Hershberger

End of Label Matrix
Mailable recipients    48
Bypassed recipients     5
Total                  53

Case 23-13357-PDR Doc 118 Filed 06/26/23 Page 8 of 15

Stephen B. Morris (SBN 126192)
Law Offices of Stephen B. Morris
2305 Historic Decatur Rd., Suite 100
San Diego, CA. 92106
Email: smorris@stephenbmorrislaw.com
Phone: (619) 985-4462

**EXHIBIT A**

Attorney for Plaintiffs

## SUPERIOR COURT FOR LOS ANGELES COUNTY

## SANTA MONICA DIVISION

| | |
|---|---|
| AREZOU SHAHBAZI, JOSHUA KATS, and SEAN HERSHBERGER <br><br> v. <br><br> DAVID GEMMELL, an individual and DOES 1 through 10. | Case No. 23SMCV00652 <br><br> COMPLAINT FOR: <br><br> 1. BREACH OF FIDUCIARY DUTY; <br> 2. BREACH OF CONTRACT; <br> 3. AN ACCOUNTING <br> 4. FRAUD |

Plaintiffs, AREZOU SHAHBAZI, JOSHUA KATS, and SEAN HERSHBERGER ("PLAINTIFFS") allege as follows:

1. Plaintiff, AREZOU SHAHBAZI ("SHAHBAZI"), is, and at all times herein mentioned was, a certified radiologist.

2. Plaintiff, JOSHUA KATS, ("KATS"), is, and at all times herein mentioned was, a certified radiologist.

1
SHAHBAZI ET AL v. GEMMELL
COMPLAINT

3.  Plaintiff, SEAN HERSHBERGER, ("HERSHBERGER"), is, and at all times herein mentioned was, a certified radiologist.

4.  Defendant DAVID GEMMELL (GEMMELL) is a dentist residing in Florida.

5.  DENTISTRY X, LLC, ("DENTISTRY X") is, and at all times herein mentioned was a limited liability company formed under the laws of the state of Florida, doing business in Los Angeles California and elsewhere, and operated and controlled by GEMMELL.

6.  Plaintiff are unaware of the true names and capacities of the Defendants herein designated as DOES 1 through 10, inclusive, and therefore sues such fictitiously named Defendants by such fictitious names.  Plaintiffs will seek leave to amend this Complaint when the true names and capacities of said fictitiously named Defendants are ascertained.

7.  Plaintiffs are informed and believe, and based thereon, allege that the defendants are at all times material hereto, the agent, servant, employee or co-conspirator of and with the other Defendants and in doing all of the things herein alleged were acting within the course and scope of such agency, service, employment and conspiracy.

8.  DENTISTRY X was formed by GEMMELL on or about October 23, 2019, for the purpose of investing in various dentistry related ventures.

9.  GEMMELL solicited investments from Plaintiffs, who each did invest $75,000.00.  GEMMELL represented and agreed that if Plaintiffs wanted to withdraw from the venture, he would later pay them $125,000 each, i.e. he would pay them a return on their investments.

10. From January 2020 until present day, instead of investing Plaintiffs' money as promised and agreed, Plaintiffs are informed and believe and on that basis allege GEMMELL has used DENTISTRY X bank accounts as his personal line of credit, withdrawing and repaying loans at will without the knowledge, authorization or consent of the members of DENTISTRY X.

11.  GEMMELL has used the assets of DENTISTRY X for his own benefit and has depleted all of its assets to the detriment of Plaintiffs.

## FIRST CAUSE OF ACTION
## (BREACH OF FIDUCIARY DUTY, AGAINST ALL DEFENDANTS)

12.   Plaintiffs reallege and adopt and incorporate by reference each and every allegation contained in paragraphs 1 through 11 inclusive, of this Complaint as though restated in full herein.

13.  GEMMELL is, and at all times herein mentioned was a manager, or de facto manager, of DENTISTRY X and took control, without Plaintiffs' consent, of all aspects of DENTISTRY X. As directors of the company, GEMMELL owed to each of the Plaintiffs  a duty of loyalty and/or a duty of care.

14. Defendant, GEMMELL has breached his fiduciary duty owed to Plaintiffs,

    a. By failing to make accurate and timely distributions to the members, including Plaintiffs, and by falsifying the K-1's issued to Plaintiffs and the Internal Revenue Service.

    b. By intentionally usurping  various corporate opportunities belonging to DENTISTRY X.

    c. By using the DENTISTRY X bank accounts as his personal line of credit, withdrawing and repaying loans to himself and to his corporation at will without the knowledge, authorization or consent of Plaintiffs.

    d. By embezzling funds through unauthorized payments to himself and his family members each month as additional management fees.

    e. By engaging in self-dealing through an attempted  purchase of a 51% equity stake deal in a Vancouver-based imaging center, and then presenting a falsified fee structure to the Plaintiffs after work had been completed.

    f. By engaging in self-dealing at a disadvantage to plaintiffs.

15. As a result of the breach of fiduciary duty owed by Defendants to Plaintiffs, Plaintiffs have been damaged in excess of $225,000.

16. Because GEMMELL's conduct was malicious, fraudulent and oppressive and done with a conscious disregard of Plaintiffs' rights, Plaintiffs are also entitled to exemplary and punitive damages in amount to be decided at trial.

## SECOND CAUSE OF ACTION
## (BREACH OF CONTRACT AGAINST ALL DEFENDANTS)

17. Plaintiffs reallege and adopt and incorporate by reference each and every allegation contained in paragraphs 1 through 15 inclusive, of this Complaint as though restated in full herein.

19.  Since Plaintiffs executed a "Shareholder Agreement" (the Agreement) with GEMMELL in January 2020, Plaintiffs have done everything required of them pursuant to the terms of the agreement, but GEMMELL has breached the agreement by failing to protect Plaintiffs' investments, failing to keep Plaintiffs' investment separate from his own funds, failing to organize the investments lawfully as an LLC, failing to honor buy back provisions of the Agreement and otherwise failing to comply with the terms and conditions of the Agreement.

20.   As a direct and proximate result of the breaches by Defendants, Plaintiffs have been damaged in an amount in excess of $225,000.

## THIRD CAUSE OF ACTION
## (FOR AN ACCOUNTING, AGAINST ALL DEFENDANTS)

21. Plaintiffs reallege and adopt and incorporate by reference each and every allegation contained in paragraphs 1 through 20, except paragraph 17, inclusive, of this Complaint as though restated in full herein.

22. Defendant GEMMELL is in sole possession of the books, assets, accounts and all other financial information of Defendant DENTISTRY X.

23. Defendant GEMMELL has failed and refused, and continues to fail and refuse, to provide this information to Plaintiffs, and has blocked Plaintiffs' administrative access to the same.  As such, the assets, liabilities, profits and losses related to Defendant DENTISTRY X cannot be ascertained without a complete accounting of the ongoing financial operations of Defendant DENTISTRY X.

24. Plaintiffs are informed and believe, and based thereon allege, that such a full and complete accounting of the book and records (including computerized financial records) of DENTISTRY X, is the only way Plaintiffs can determine the amount of funds and proceeds due and owing to them and the only way Plaintiffs can calculate the precise amount of damages owed to them.

25. Plaintiffs have performed each and every obligation required of them by the Operating Agreement described herein, except those obligations that have been excused by GEMMELL's breach.

6
SHAHBAZI ET AL v. GEMMELL
COMPLAINT

26. As a direct and proximate result of GEMMELL's breach of the Operating Agreement as set forth herein, Plaintiffs have been damaged in the sum to be determined at trial.

### FOURTH CAUSE OF ACTION
### (FOR FRAUD, AGAINST ALL DEFENDANTS)

27. Plaintiffs reallege and adopt and incorporate by reference each and every allegation contained in paragraphs 1 through 26 inclusive, of this Complaint as though restated in full herein.

28. In or about August to November of 2019, GEMMELL represented to Plaintiffs that he had several clinics contracted for services to be delivered upon website activation, that premium prices were already set at $125-$200 per scan, that hundreds of scans per day were expected, and that a massive social media blitz would be activated by an already-hired marketing team to ensure a successful website launch.

29. Based on these representations, Plaintiffs invested their time, energy and money to invest with GEMMELL.

30. At all times herein, Plaintiffs reasonably relied on the representations described herein made by GEMMELL.

31. The representations made by GEMMELL were at all times false.

32. As a direct and proximate result of GEMMELL's breach of the contract as set forth herein, Plaintiffs have been damaged in the sum to be determined at trial.

33. Because GEMMELL's conduct was malicious, fraudulent and oppressive and done with a conscious disregard of Plaintiffs' rights, Plaintiffs are also entitled to exemplary and punitive damages in amount to be decided at trial.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

1.  For damages according to proof at the time of trial;

2.  For punitive and exemplary damages in an amount sufficient to punish Defendants;

3.  For costs of suit herein; and

4.  For such other relief as the court deems proper.

Dated: 2/13/23                    **LAW OFFICES OF STEPHEN B. MORRIS**

/s/ Stephen B. Morris

_____

Stephen B. Morris, counsel for Plaintiffs