UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                          Case No.: 23-13357-PDR

DAVID WALLACE GEMMELL                           Chapter 13

       Debtor.

_____/

**MOTION OF CREDITORS DRS. AREZOU SHAHBAZI, JOSHUA KATS AND SEAN HERSHBERGER FOR AN ORDER EXTENDING TIME TO FILE COMPLAINT DETERMINING THE DISCHAREABILITY OF A DEBT UNDER 11 U.S.C. § 523**

Drs. Arezou Shahbazi, Joshua Kats and Sean Hershberger, each a creditor (collectively, the "Creditors"), respectfully request that this Court enter an Order, pursuant to Rules 4007(c) and 9006(b) of the  Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the deadline to file a Complaint  objecting to the dischargeability of a debt under 11 U.S.C. § 523 (the "Deadline").  In support of this motion (the "Motion"), the Creditors state as follows:

**BACKGROUND**

1.      On February 13, 2023, the Creditors filed a complaint against the Debtor in the Superior Court for Los Angeles County, Santa Monica Division, Case No. 23SMCV00652 (the "Complaint").  The Complaint seeks damages against the Debtor for breach of fiduciary duty, breach of contract and fraud.

2.      On April 28, 2023, the Debtor commenced this case by the filing of a voluntary petition for bankruptcy pursuant to Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").   Along with his bankruptcy petition, the Debtor filed *Schedules* and a *Statement of Financial Affairs* [ECF No. 1] and *Chapter 13 Calculation of Your Disposable*

*Income* (Official Form 122C-2) [ECF No. 5].  On April 28, 2023, the Debtor filed his *Chapter 13*

*Plan (individual adjustment of debts*) (the "Plan") [ECF No. 2].

3.      On May 5, 2023, a *Notice of Chapter 13 Meeting of Creditors* (the "Notice") was

filed with the Bankruptcy Court [ECF No. 10].  The Notice provides that the deadline to object to

the Debtor's dischargeability of the debt under 11 U.S.C. § 523 is July 24, 2023.

4.      On June 26, 2023, each of the Creditors filed a *Proof of Claim* in the amount of

$125,000.00. [Claim Nos. 10, 11 and 12].

5.      On June 26, 2023, the Creditors filed their *Objection to Confirmation of Chapter*

*13 Plan* (the "Objection") [ECF No. 18].  The Plan does not provide for the payment of the

Creditors' claims and is otherwise not confirmable, as asserted by the Objection.

6.      The Plan was first set for confirmation on July 10, 2023.  For the reasons raised

by and  before the Chapter 13 Trustee and in the Objection, the hearing on confirmation was

continued until August 7, 2023.

## JURISDICTION AND VENUE

7.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief requested

in this Motion are Bankruptcy Rules 4007(c) and 9006(b).

## RELIEF REQUESTED

8.      By this Motion, the Creditors seek to extend the time to file a complaint objecting

to dischargeability of the debt owed by the Debtor to the Creditors under 11 U.S.C. § 523 for a

period of ninety (90) days, or through and including October 22, 2023.

#50960821 v1

**BASIS FOR RELIEF**

9.      Bankruptcy Rule 4007(c) provides that this Court may, for cause, extend the time

to file a complaint to obtain a determination of the dischargeability of any debt.

10.     Bankruptcy Rule 9006(b)(1) provides that this Court may extend unexpired time

periods, as follow:

> [W]hen an act is required or allowed to be done at or within a specified
> period by these rules or by a notice given thereunder or by order of court,
> the court for cause shown may at any time in its discretion (1) with or
> without motion or notice order the period enlarged if the request therefor is
> made before the expiration of the period originally prescribed or as extended
> by a previous order or (2) on motion made after the expiration of the
> specified period permit the act to be done where the failure to act was the
> result of excusable neglect.

11.     The Creditors require additional time to take discovery and otherwise pursue the

Objection.   Cause exists to extend the time to file a complaint objecting to the dischargeability

of the Debtors' debt to the Creditors.

12.     This Motion is filed in good faith and not for dilatory purposes, and the extension

requested herein is not likely to harm any creditors or parties in interest.  Moreover, this is the

Creditors' first request.

13.     The Debtor refused to consent to the filing of this motion.

**WHEREFORE**, the Creditors respectfully request the entry of an Order extending the

deadline for the Creditors to file a complaint objecting to the discharge of the Debtor's debt owed

to the Creditors until through and including October 22, 2023, and granting for such other

and further relief as the Court deems just and proper.

| Dated:  July 19, 2023 | Respectfully submitted,<br><br>GRAYROBINSON, P.A.<br>333 SE 2nd Avenue, Suite 3200<br>Miami, FL 33131<br>steven.solomon@gray-robinson.com<br>Telephone:    (305) 913-0367<br>Facsimile:    (305) 416-6887<br>By: /s/ Steven J. Solomon_____<br>Steven J. Solomon<br>Florida Bar No. 931969<br>*Counsel to Dr. Arezou Shahbazi, Dr. Joshua Kats and Dr. Sean Hershberger* |

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July19, 2023, a true and correct copy of the foregoing was served by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

*/s/ Steven J. Solomon*

#50960821 v1