UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                    Case No.: 23-13357-PDR

DAVID WALLACE GEMMELL                                  Chapter 13

      Debtor.
_____/

**ORDER GRANTING CREDITORS DRS. AREZOU SHAHBAZI, JOSHUA KATS AND SEAN HERSHBERGER'S MOTION TO EXTEND TIME TO FILE COMPLAINT DETERMINING DISCHARGEABILITY OF A DEBT UNDER 11 U.S.C. § 523**

**THIS MATTER** came before the Court on _____, 2023 at ____p.m./a.m. upon Drs. Arezou Shahbazi, Joshua Kats, and Sean Hershberger (the "Creditors") *Motion for Entry of Agreed Order Extending Time to File Complaint Determining Dischargeability of a Debt Under 11 U.S.C. § 523* [ECF No.__] (the "Motion"). The Court, having considered the Motion and finding good cause exists to grant the Motion, , it is

    **ORDERED**:

    1.    The Motion is **GRANTED**.

2. The deadline for Creditors to file a complaint seeking to determine the dischargeability of debts owed to the Creditors by the Debtor under 11 U.S.C. § 523 is extended until through and including October 22, 2023.

###

**Submitted by:**
Steven J. Solomon, Esq.
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Tel: (305) 416-6800
Fax: (305) 416-6887
E-mail:  steven.solomon@gray-robinson.com

*Steven J. Solomon is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*
#50985583 v1