UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                      Case No.: 23-13357-PDR
                                                                                             Chapter 13

DAVID WALLACE GEMMELL

      Debtor.
_____/

### OBJECTION TO CLAIM #18 OF ALEXA RAITT

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

      DAVID WALLACE GEMMELL (*hereinafter*, the "Debtor" or "Mr. Gemmell"), by and through undersigned counsel, hereby files this Objection to Claim #18 (*hereinafter*, the "Objection") of Alexa Raitt (*hereinafter,* "Raitt"), pursuant to 11 U.S.C. §502(b) and Rule 3007 of the Federal Rules of Bankruptcy Procedure, demanding Claim #18 (*hereinafter,* the "Claim") be stricken and disallowed in the entirety, and in support thereof, states as follows:

### PROCEDURAL AND FACTUAL HISTORY

      1.      On April 28, 2023, the Debtor filed his voluntary petition for relief under Chapter 13 of the Bankruptcy Code.  *See* Exhibit "A"; DE #1.

Light & Gonzalez, PLLC, 8751 W. Broward Blvd., Suite. 206, Plantation, FL 33324
Phone: (754) 900-6545 | Fax: (754) 203-2700 | Email: service@lightgonzalezlaw.com | Web: https://lightgonzalezlaw.com

2. The Debtor listed Raitt as a creditor with a disputed, unliquidated, contingent, general unsecured claim valued at an unknown amount. *See* Exhibit "A"; DE #1, Schedule E/F.

3. On July 7, 2023, Raitt filed Proof of Claim #18 as a general unsecured claim in the amount of $50,000.00 on the basis of "Damages for sexual harassment" and attached a copy of the individual complaint (*hereinafter,* the "Complaint") filed with the BC Human Rights Tribunal (*hereinafter*, the "Canada Proceeding").

4. The Complaint named Orbit Imaging as Respondent #1, and the Debtor as Respondent #2. *See* Exhibit "B"; the Complaint, as attached to the Claim.

5. The Debtor vehemently denies all of the allegations therein.

6. Orbit Imaging was, at that time, a business partner of Debtor and of Dentistry X (a business in which the Debtor was a majority shareholder).

7. On information and belief, Orbit Imaging has settled the claim with Raitt and has been dismissed or otherwise excused from the Canada Proceeding.

8. The Debtor objects to the existence of a 'debt' or 'claim' and seeks to strike and disallow the Claim in its entirety.

9. While disputing liability and the existence of a claim, the Debtor listed Raitt as a creditor in an abundance of caution due to the filing of the Canada Proceeding.

10. Pursuant to 11 U.S.C. §502(b)(1), the Debtor objects to this Claim as it is "unenforceable against the debtor and property of the debtor, under any agreement or applicable law."

11. The Claim is contingent upon a binding legal ruling finding liability or fault of the Debtor. The Claim is unliquidated as there is no statutory or definite amount of damages being sought.

Light & Gonzalez, PLLC, 8751 W. Broward Blvd., Suite. 206, Plantation, FL 33324
Phone: (754) 900-6545 | Fax: (754) 203-2700 | Email: service@lightgonzalezlaw.com | Web: https://lightgonzalezlaw.com

12.     The Debtor has proposed a Chapter 13 Plan which pays all allowed unsecured claims in full.  To allow this Claim and require full payment would be prejudicial to the Debtor's rights in defense of the contingent, unliquidated Claim.

WHEREFORE, the Debtor, DAVID WALLACE GEMMELL, respectfully requests this Court enter an Order (i) sustaining this Objection; (ii) striking and disallowing Proof of Claim #18 Alexa Raitt, and; (iii) for whatever other and further relief this Court deems just and proper.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Debtor**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710

Page 3 of 3