

**ORDERED in the Southern District of Florida on December 1, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                               Case No.: 23-13357-PDR
                                                     Chapter 13
DAVID WALLACE GEMMELL

      Debtor.
_____/

**ORDER SUSTAINING OBJECTION TO**
**CLAIM #18 OF ALEXA RAITT [DE #39]**

THIS MATTER came before the Court during the consent portion of the Chapter 13 Calendar on November 6, 2023, at 1:00 p.m. upon the Debtor's *Objection to Claim #18 of Alexa Raitt* (DE #39; the "Objection"). Due to the absence of any opposition on the record,

It is so **ORDERED**:

1. The Objection is **SUSTAINED.**

2. Claim #18 of Alexa Raitt shall be stricken and disallowed in its entirety.

###

Respectfully submitted by:

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Debtor**

Dustin Piercy, Esq.
Florida Bar No.: 1030710
8751 W. Broward Blvd., Suite 206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

*Dustin Piercy, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*