# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No.: 23-13357-PDR
                                                                       Chapter 13
DAVID WALLACE GEMMELL

      Debtor.
_____/

## MOTION TO SEPARATELY CLASSIFY CLAIMS

DAVID WALLACE GEMMELL (*hereinafter*, the "Debtor"), by and through undersigned counsel, hereby files this Motion to Separately Classify Claims (*hereinafter*, the "Motion"), seeking to separately classify Claims #10-12 of Arezou Shahbazi, Joshua Kats, and Sean Hershberger (*hereinafter*, collectively, the "CA Claimants"), pursuant to 11 U.S.C. §1322, and in support thereof, states as follows:

1. On April 28, 2023, the Debtor filed his voluntary petition for bankruptcy relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor's last filed Chapter 13 plan (DE #84; *hereinafter*, the "Plan") proposes a payment of 100% to all allowed unsecured claims, and to separately classify Claims #10-12 of the CA Claimants due to the pending adversary proceeding wherein the parties seek to resolve the claims objection process.

3. Separately classifying the claims of the CA Claimants allows this Court to confirm the Plan in order to avoid delayed administration of the case; while reserving for modification of the Plan as may be necessary pending the outcome of the adversary proceeding.

4. Due to the 100% payment, the proposed separate classification does not discriminate unfairly against any other general unsecured creditors as required by 11 U.S.C.

§1322(b)(1).

5.      The Debtor proposes the Plan in good faith and in compliance with 11 U.S.C. §1322; therefore, the Debtor seeks confirmation of the Plan.

WHEREFORE, the Debtor, DAVID WALLACE GEMMELL, respectfully requests an Order (i) granting the Motion; (ii) separately classifying Claims #10-12 of the CA Claimants pending an outcome in the adversary proceeding; (iii) confirming the Plan, and; (iv) for whatever other and further relief this Court deems just and proper.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Debtor**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710