**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No.: 23-13357-PDR
                                                                        Chapter 13

DAVID WALLACE GEMMELL

_____Debtor_____/


### APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, Light & Gonzalez, PLLC, was retained by the debtor to serve in this bankruptcy case as attorneys for debtor.  A copy of the retainer agreement is attached as Exhibit "A".  Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ 18,000.00 |
| Total Expenses to be Reimbursed: | $ 265.00 |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $ 1,765.00 |
| Amount to be Paid through Plan: | $ 16,500.00 |

1. The amount requested, if allowed, will be paid in full after __9__ monthly payments under the plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

3. Applicant estimates that an additional __.5__ hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:

LF-69 (rev. 12/01/09)

Confirmation and motion calendar on January 8, 2024.

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred: Multiple business-related valuations, reviewing income and expenses, contested litigation-related claims and potential adversary proceeding(s).

5. The source of compensation previously paid to applicant was the Debtor.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**DATED:** December 15, 2023.

        **LIGHT & GONZALEZ, PLLC**
        **Attorneys for the Debtor**

        8751 W. Broward Blvd., Suite #206
        Plantation, FL 33324
        Phone: (754) 900-6545
        Email: dustin@lightgonzalezlaw.com

        By: /s/ *Dustin Piercy*
        **Dustin Piercy, Esq.**
        Florida Bar No.: 1030710

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the aforementioned Application for Compensation has been furnished on this 15th day of December, 2023, via CM/ECF to all parties registered to receive electronic notice in this action, and via Electronic Mail to the Debtor.

        By: /s/ *Dustin Piercy*
        **Dustin Piercy, Esq.**
        Florida Bar No.: 1030710