

# INVOICE

Invoice # 969
Date: 12/15/2023
Due Upon Receipt

8751 W. Broward Blvd., Ste. 206
Plantation, Florida 33324
Phone: 754-900-6545 754-900-6545
Fax: 754-203-2700 754-203-2700
https://lightgonzalezlaw.com

David Gemmell
425 SE 1st St., APT #808
Pompano Beach, FL 33060

## 00497-Gemmell

| Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04/11/2023 | Second consultation with client (in office) | Dustin Piercy | 0.50 | $450.00 | $225.00 |
| 04/12/2023 | Document review | Dustin Piercy | 0.50 | $450.00 | $225.00 |
| 04/25/2023 | Schedules preparation | Dustin Piercy | 1.40 | $450.00 | $630.00 |
| 04/26/2023 | Email with client | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 04/27/2023 | Schedules review with client (in office) | Dustin Piercy | 2.00 | $450.00 | $900.00 |
| 04/28/2023 | Documents review, continued Schedules preparation | Dustin Piercy | 0.50 | $450.00 | $225.00 |
| 04/28/2023 | Schedules and case filing | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/01/2023 | POC review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/02/2023 | Docket review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/02/2023 | State court filing - Suggestion of Bankruptcy | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/05/2023 | Docket review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/05/2023 | POC review | Dustin Piercy | 0.10 | $450.00 | $45.00 |

| 05/18/2023 | Trustee's Notice of Deficiency review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/22/2023 | LF76 filing | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/22/2023 | Email with OC Stephen Morris | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/24/2023 | 341 Prep with client; 341 Meeting; 341 follow up with client | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 05/26/2023 | POC review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/30/2023 | Docket review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 05/30/2023 | Email with client | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 05/31/2023 | POC review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 06/07/2023 | POC review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 06/12/2023 | Trustee's Notice of Deficiency review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 06/23/2023 | Prepare and file amended 2016b | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 06/30/2023 | Docket review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/07/2023 | Docket review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/07/2023 | Call with Trustee's office | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/10/2023 | Email with CA Claimants counsel Mr. Solomon | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 07/10/2023 | Confirmation hearing | Dustin Piercy | 0.50 | $450.00 | $225.00 |
| 07/10/2023 | Prepare and file pay advices | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/11/2023 | Phone call with Client: Strategy Discussion | Dustin Piercy | 0.40 | $450.00 | $180.00 |
| 07/11/2023 | Email with Client: Strategy Discussion | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/11/2023 | Email with Steven Solomon re 2004 Exam Dates/Areas of Inquiry | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 07/12/2023 | Email with client's previous counsel re Dentistry X | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/12/2023 | Email with client's Canada counsel re Alexa Raitt | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/12/2023 | Review Notice of Continued Confirmation | Dustin Piercy | 0.20 | $450.00 | $90.00 |

| | Hearing, prepare and file COS | | | | |
|---|---|---|---|---|---|
| 07/12/2023 | Docket review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/18/2023 | Email with client's Canada counsel | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/18/2023 | Email with client's previous counsel re DentistryX | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/18/2023 | Email with Steven Solomon and review attached proposal. | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 07/19/2023 | Review DE #27, #28 & #29 | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 07/19/2023 | Call with client's Canada counsel re Alexa Raitt claim | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 07/19/2023 | Docket review | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/20/2023 | Call with Steven Solomon re his MFET and deposition scheduling | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 07/20/2023 | Email with client re updates (phone calls with Spencer and with Steven) | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 07/21/2023 | Email with client re updates (re discussions with Spencer and David) | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 07/21/2023 | Email with client's Canada counsel re Raitt's claim | Dustin Piercy | 0.40 | $450.00 | $180.00 |
| 07/26/2023 | Phone call with CA Claimants counsel Mr. Solomon | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 07/26/2023 | Email with client | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 07/28/2023 | Email and Phone Call with client's previous counsel re Dentistry X - in relation to Objection to Claim of the CA Claimants | Dustin Piercy | 0.50 | $450.00 | $225.00 |
| 07/28/2023 | Internal case review and discussion | Dustin Piercy | 0.40 | $450.00 | $180.00 |
| 07/28/2023 | Email with counsel for CA Claimants, review of proposed order. | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 08/01/2023 | Review and research, preparation of Objection to Claim of CA Claimants | Dustin Piercy | 0.50 | $450.00 | $225.00 |
| 08/02/2023 | Review and research, preparation of Objection to Claim of CA Claimants | Dustin Piercy | 1.50 | $450.00 | $675.00 |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/04/2023 | Call with client re Objection to Claims of CA Claimants and Alexa Raitt | Dustin Piercy | 0.60 | $450.00 | $270.00 |
| 08/04/2023 | Review and research, preparation of Objection to Claim of CA Claimants | Dustin Piercy | 1.00 | $450.00 | $450.00 |
| 08/07/2023 | Confirmation hearing | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 08/07/2023 | Preparation and filing 1AP, COS 1AP. | Dustin Piercy | 0.50 | $450.00 | $225.00 |
| 08/16/2023 | Review Trustee's Notice of Continued Confirmation, File COS & serve | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 08/17/2023 | Client Email | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 08/31/2023 | Case Review, Caselaw Review re Objection to Claim of CA Claimants | Dustin Piercy | 0.40 | $450.00 | $180.00 |
| 09/06/2023 | Preparation of Objection to Claim of CA Claimants | Dustin Piercy | 4.00 | $450.00 | $1,800.00 |
| 09/07/2023 | Email with client | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 09/07/2023 | Phone call with Client | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 09/08/2023 | Finalize Objection to Claim of CA Claimants, File and Serve | Dustin Piercy | 0.70 | $450.00 | $315.00 |
| 09/08/2023 | Call Trustee's Office for Confirmation Recommendations | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 09/08/2023 | Prepare and File 2AP, COS and serve | Dustin Piercy | 0.40 | $450.00 | $180.00 |
| 09/08/2023 | Draft and File Objection to Claim of Alexa Raitt, serve | Dustin Piercy | 1.20 | $450.00 | $540.00 |
| 09/11/2023 | Confirmation & Motion Hearing Calendar | Dustin Piercy | 1.00 | $450.00 | $450.00 |
| 09/12/2023 | Set hearing, file COS and serve O2C Raitt. | Dustin Piercy | 0.60 | $450.00 | $270.00 |
| 09/15/2023 | Read and Respond to email with Raitt's counsel Ms. Kerr. | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 09/18/2023 | Read and respond to email with Client, research | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 09/19/2023 | Prepare, file and serve Supplemental Document to O2C CA Claimants | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 10/02/2023 | Confirmation and Motion Calendar | Dustin Piercy | 1.00 | $450.00 | $450.00 |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2023 | Email with CA Claimants counsel Mr. Solomon, review proposed agreed order extending time to file a response to O2C | Dustin Piercy | 0.50 | $450.00 | $225.00 |
| 10/11/2023 | Email with CA Claimants counsel Mr. Solomon re proposed agreed order. | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 10/13/2023 | Review order entered | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 10/16/2023 | Review COS filed | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 10/19/2023 | Email with CA Claimants counsel Mr. Solomon (or his staff) re 2nd mfet to file 523 | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 10/20/2023 | Review motion, noh and cos; perform research | Dustin Piercy | 0.40 | $450.00 | $180.00 |
| 10/23/2023 | Review filings | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 10/31/2023 | Research; prepare, file and serve opposition to CA Claimants MFET to file 523 | Dustin Piercy | 1.80 | $450.00 | $810.00 |
| 11/02/2023 | Email with Client re update and strategy | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 11/03/2023 | Review response to O2C CA Claimants | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 11/06/2023 | Phone call and emails with Mr. Gemmell case update | Dustin Piercy | 1.00 | $450.00 | $450.00 |
| 11/06/2023 | Confirmation and Motion Calendars | Dustin Piercy | 1.00 | $450.00 | $450.00 |
| 11/07/2023 | Emails with Clerk (Ms. Weldon) and CA Claimants counsel (Mr. Solomon) to schedule hearing. | Dustin Piercy | 0.30 | $450.00 | $135.00 |
| 11/07/2023 | Research; prepare, file and serve Reply to CA Claimant's Response to O2C | Dustin Piercy | 2.20 | $450.00 | $990.00 |
| 11/14/2023 | Review Adversary Complaint | Dustin Piercy | 0.70 | $450.00 | $315.00 |
| 11/15/2023 | Review amended POCS #10-12 | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 11/16/2023 | Phone call with Steven Solomon, counsel for CA Claimants | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 11/16/2023 | Hearing prep. | Dustin Piercy | 1.00 | $450.00 | $450.00 |
| 11/16/2023 | Hearing on O2C CA Claimants; Hearing on MFET to file 523 | Dustin Piercy | 0.70 | $450.00 | $315.00 |

| Date | Description | Time Keeper | Quantity | Rate | Total |
|------|-------------|-------------|----------|------|-------|
| 11/16/2023 | Email with CA Claimants counsel Mr. Solomon and review proposed order on MFET to file 523 | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 11/20/2023 | Phone call with Client re strategy | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 11/20/2023 | Case review and email to Client re timeline | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 11/30/2023 | Prepare proposed order on Objection to Claim of CA Claimants | Dustin Piercy | 0.20 | $450.00 | $90.00 |
| 11/30/2023 | Email with Steven Solomon re proposed order | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 12/04/2023 | Email with Steven Solomon re proposed order | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 12/04/2023 | Finalize and file Order on Objection to Claim of CA Claimants | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 12/05/2023 | Review Order (DE #80), prepare and file COS | Dustin Piercy | 0.10 | $450.00 | $45.00 |
| 12/15/2023 | Prepare, file and serve Fee Application | Dustin Piercy | 1.00 | $450.00 | $450.00 |
| 12/15/2023 | Prepare, review with client, file and serve 3AP as well as Motion to Separately Classify Claims | Dustin Piercy | 0.90 | $450.00 | $405.00 |

**Quantity Subtotal**   **42.8**

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Dustin Piercy | 42.8 | $450.00 | $19,260.00 |

**Quantity Total**   **42.8**

**Subtotal**   **$19,260.00**

**Invoice Discount**   **-$1,260.00**

**Total**   **$18,000.00**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 969 | 12/15/2023 | $18,000.00 | $0.00 | $18,000.00 |

| | |
|---|---|
| **Outstanding Balance** | **$18,000.00** |
| **Total Amount Outstanding** | **$18,000.00** |