**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                          Case No.: 23-13357-PDR
                                                                                                Chapter 13
DAVID WALLACE GEMMELL

        Debtor.
_____/

**EX PARTE MOTION FOR LEAVE TO APPEAR**
**AT APRIL 1, 2024 STATUS CONFERENCE VIA ZOOM**

        The Debtor, DAVID WALLACE GEMMELL, by and through his undersigned counsel, hereby files this Motion for Leave to Appear at April 1, 2024 Status Conference Via Zoom on an *ex parte* basis (the "Motion"), pursuant to Section I.E.7 of this Court's Hearing Procedures found at flsb.uscourts.gov/judges/judge-peter-d-russin, and in support thereof, states as follows:

        1.      On April 28, 2023, Debtor filed his voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

        2.      Confirmation of the Chapter 13 Plan has been continued since July 10, 2023, largely due to the pendency of an adversary proceeding.

        3.      On April 1, 2024, this Court will hold the next continued confirmation hearing. *See* DE #99.

        4.      Undersigned counsel is of the good faith belief that the Chapter 13 Trustee will recommend further continuation of the confirmation hearing. As such, undersigned counsel's attendance at the confirmation hearing has been preemptively excused.

        5.      As undersigned counsel has no other pending Chapter 13 matters before this Court, undersigned counsel made out-of-state travel plans that he is presently unable to cancel or reschedule.

6. On March 28, 2024, this Court entered its *sua sponte* Order Setting Status Conference on April 1, 2024. *See* DE #100.

7. Due to the above-mentioned travel plans, undersigned counsel requests leave of this Court to appear at the April 1, 2024 Status Conference via Zoom. No other attorneys in undersigned counsel's office will be able to appear on the Debtor's behalf.

8. This Motion is being filed as soon as reasonably practicable in advance of the hearing, is being filed in good faith, and is not prejudicial to any interested parties.

WHEREFORE, the Debtor, DAVID WALLACE GEMMELL, and his undersigned counsel, respectfully request this Court enter an Order (i) granting the Motion; (ii) permitting undersigned counsel for Debtor to appear at the April 1, 2024 Status Conference via Zoom, and; (iii) for whatever other and further relief this Court deems just and proper.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Debtor**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on this 28th day of March, 2024, via CM/ECF to all parties registered to receive electronic notice, and via U.S. Mail and/or Electronic Mail to the following interested parties:

All parties listed on the attached Court's creditor mailing matrix.

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710