# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

In re:    Case No.: 23-13357-PDR
          Chapter 13

DAVID WALLACE GEMMELL

      Debtor.
_____/

## EX PARTE MOTION TO CONTINUE HEARING

The Debtor, DAVID WALLACE GEMMELL, by and through his undersigned counsel, hereby files this Motion to Continue Hearing on an *ex parte* basis (the "Motion"), with the consent of all interested parties, and in support thereof, states as follows:

1. On March 28, 2024, this Court *sua sponte* entered its Order Setting Status Conference on April 1, 2024 (DE #100; the "Order") to discuss "the status of the case, the Adversary Proceeding, the Debtor's Motion to Separately Classify Claims [DE #85]."

2. The Order further provided that the hearing would take place in person, and referred to the Court's webpage for guidelines on appearing remotely. *See* DE #100.

3. Undersigned counsel is presently unable to appear in person, and therefore filed a Motion for Leave to Appear via Zoom (DE #101). The Court denied same noting that "Chapter 13 consent calendar is in person only, with no option for remote appearance." *See* DE #102.

4. Undersigned counsel now respectfully requests this Court enter an Order continuing the April 1, 2024 Status Conference to the Court's next monthly Chapter 13 consent calendar (May 13, 2024).

5. Undersigned counsel has spoken with the Chapter 13 Trustee and with counsel for the interested creditors, and all parties have provided consent to the relief requested herein.

6. This Motion is being filed in good faith, and is not prejudicial to any interested parties.

WHEREFORE, the Debtor, DAVID WALLACE GEMMELL, and his undersigned counsel, respectfully request this Court enter an Order (i) granting the Motion; (ii) continue the Status Conference to May 13, 2024, at 10:30 a.m., and; (iii) for whatever other and further relief this Court deems just and proper.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Debtor**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on this 29th day of March, 2024, via CM/ECF to all parties registered to receive electronic notice..

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710