**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                                  Case No.: 23-13357-PDR
                                                                                                        Chapter 13

DAVID WALLACE GEMMELL

      Debtor.
_____/

## ORDER GRANTING EX PARTE MOTION TO CONTINUE HEARING

THIS MATTER came before the Court on an *ex parte* basis upon the Debtor's Motion to Continue Hearing [DE #103] (the "Motion"). Upon review of the record and being otherwise fully advised in the premises,

It is so **ORDERED**:

1. The Motion is **GRANTED**.

2. The Status Conference scheduled for April 1, 2024, at 10:30 a.m. shall be **CONTINUED** to May 13, 2024, at 10:30 a.m.

3. The hearing will be conducted at the United States Bankruptcy Court, 299 East

Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

###

Respectfully submitted by:

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Debtor**

Dustin Piercy, Esq.
Florida Bar No.: 1030710
8751 W. Broward Blvd., Suite 206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

*Dustin Piercy, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*