**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                              Case No.: 23-13357-PDR
                                                                    Chapter 13
DAVID WALLACE GEMMELL

            Debtor.

_____/

## NOTICE TO WITHDRAW DOCUMENT [DE #88]

DAVID WALLACE GEMMELL (the "Debtor"), by and through undersigned counsel, hereby notices all parties and the Court of the withdrawal of Docket Entry #88, Application for Compensation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the aforementioned Notice was served on this 14th day of May, 2024, via CM/ECF to all parties registered to receive electronic notice, and via U.S. Mail and/or Electronic Mail to the following parties:

All parties listed on the attached creditor matrix.

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Debtor**

8751 W. Broward Blvd., Suite #206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

By: /s/ *Dustin Piercy*
**Dustin Piercy, Esq.**
Florida Bar No.: 1030710