

**ORDERED in the Southern District of Florida on May 15, 2024.**



Peter D. Russin, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 23-13357-PDR |
| | Chapter 13 |
| DAVID WALLACE GEMMELL | |
| Debtor. | |
| _____/ | |

**ORDER DENYING WITHOUT PREJUDICE
MOTION TO SEPARATELY CLASSIFY CLAIMS**

THIS MATTER came before the Court following the consent portion of the Chapter 13 Calendar on February 5, 2024, at 10:00 a.m. upon the Debtor's Motion to Separately Classify Claims (DE #85; the "Motion"). Due to the absence of an order on the docket, the matter was also discussed at the Status Conference held following the consent portion of the Chapter 13 Calendar on May 13, 2024, at 10:30 a.m. For the reasons stated on the record,

It is so **ORDERED**:

1. The Motion is **DENIED WITHOUT PREJUDICE**.

2. The Debtor shall have ten (10) days following the entry of a final judgment or final

dispositive order in adversary proceeding 23-01243-PDR to file an amended motion for separate classification as warranted.

###

Respectfully submitted by:

**LIGHT & GONZALEZ, PLLC**
**Attorneys for the Debtor**

Dustin Piercy, Esq.
Florida Bar No.: 1030710
8751 W. Broward Blvd., Suite 206
Plantation, FL 33324
Phone: (754) 900-6545
Email: dustin@lightgonzalezlaw.com

*Dustin Piercy, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*