**CGFD33** (10/01/16)



ORDERED in the Southern District of Florida on September 25, 2024



**Peter D. Russin**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23–13357–PDR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

David Wallace Gemmell
aka David Gemmell, aka David W Gemmell

425 SE 1st Ave
APT 808
Pompano Beach, FL 33060

SSN: xxx–xx–2470

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

*# # #*